*Sacromone v. Okemo*

# Jude Kravitz

38 Wickhams Fancy
Collinsville, CT 6019

Phone: 860-693-3973

E-mail: Jkravitz@dewolfe.com

## Statement

Statement #: EA002
Date: 3/5/02
Customer ID: Edwards & Angell, LLP

| Date | Place | Hours | Description | Amount | Payment | Balance |
|---|---|---|---|---|---|---|
| Dec. 23 | Okemo | 12 | Meet with Jeff Medeiros at Okemo | $ 1,200.00 | | $ 1,200.00 |
| Dec. 26 | Home | 2.5 | Prepare Analysis | 250.00 | | 250.00 |
| | | | | | NONTAXABLE | |
| | | | | | Total | $ 1,450.00 |

Reminder: Please include the statement number on your check.

REMITTANCE
Customer ID: Edwards & Angell, LLP
Statement #: EA002
Date: 3/5/02
Amount Due: $ 1,450.00
Amount Enclosed:

Terms: Balance due upon receipt

**RECEIVED**
MAR 15 2002
**EDWARDS & ANGELL**

# Jude Kravitz

38 Wickhams Fancy
Collinsville, CT 6019

Phone: 860 570-2112

E-mail: jude.kravitz@nemoves.com

## Statement

Statement #: EA003
Date: 12/16/02
Customer ID: Edwards & Angell, LLP

| Date | Place | Hours | Description | Amount | Payment | Balance |
|---|---|---|---|---|---|---|
| Nov. 6th | Edwards & Angell | 4 | Preparations for deposition | 400.00 | | $ 400.00 |
| Nov. 7th | Home | 4 | Review plaintiff depositions | 400.00 | | $ 400.00 |
| Nov. 8th | Riscassi & Davis | 5 | Deposition | 500.00 | | $ 500.00 |
| Nov. 29th | Home | 2 | Review Deposition | 200.00 | | $ 200.00 |
| Dec. 2nd | Edwards & Angell | 6 | Preparations for trial | 600.00 | | $ 600.00 |
| Dec. 3rd | Home | 3 | Review Material | 300.00 | | $ 300.00 |
| Dec. 4th | Edwards & Angell | 4 | Preparations for trial | 400.00 | | $ 400.00 |
| Dec. 8th | Edwards & Angell | 5 | Preparations for trial | 500.00 | | $ 500.00 |
| Dec. 9th | Court | 10 | Trial | 1,000.00 | | $ 1,000.00 |
| Dec. 9th | Edwards & Angell | 3.5 | Trial Review | 350.00 | | $ 350.00 |
| Dec. 10th | Court | 5 | Trial | 500.00 | | $ 500.00 |
| | | | | - | | |
| | | | | - | | |
| | | | | - | | |
| | | | | - | | |
| | | | | - | | |
| | | | | | Total | $ 5,150.00 |

Reminder: Please include the statement number on your check.

**REMITTANCE**
Customer ID: Edwards & Angell, LLP
Statement #: EA003
Date: 12/16/02
Amount Due: $ 5,150.00
Amount Enclosed:

Terms: Balance due upon receipt