# Mountain Management Services LLC

1313 Karth Lake Circle
Arden Hills, MN 55112-5759

**Mountain Management Services, LLC**

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/9/2002 | 200295 |

| BILL TO |
|---|
| Edwards & Angell, LLP<br>90 State House Square<br>Hartford, CT 06103-3702 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Expert assistance on: Sacramone v Okemo Mountain chairlift unloading case for Mark Seiger | 17.75 | 130.00 | 2,307.50 |
| Reimbursement of the following expense paid by MMS: shared travel costs, as attached | 496.2 | 1.00 | 496.20 |
| Out-of-state sale - sales tax not collected. | | 0.00% | 0.00 |

Client Charges: Client/Matter Number: 40849.0030
Incurring Employee ID # 1309
Client Name: Acadia Resort
Matter Name: Sacramone
Disbursement Code: 0088   39724-117
Approved by: Shanks    Date: 1/2/03
Additional Approval: _____ Date: _____
*Disbursements over $300 require SBF, BAB or PIC Approval*

Thank you! MMS LLC Federal Tax # is 26-0032354

**Total** $2,803.70

Mountain ManagementServices, LLC   Call us at 651-635-9819 for information or assistance.

# Mountain Management Services, LLC

**Project Record Kept for: M. Seiger, Edwards & Angel Law Offices**

1313 Karth Lake Circle, Arden Hills, MN 55112 (651)635-9819, Fax (651) 635-0036, E-mail: mountainservices@usa.net

Project: Lisa Sacramone v. Okemo Mountain
Project Manager is ☒ P. Chris Stoddard, ☐ _____

| Date | What Was Done | Time | Expenses |
|---|---|---|---|
| 11/15/02 | Telecon re lift speed, unloading aspects | 0.25 | 0 |
| 11/19/02 | Telecon re case | 0.50 | 2.00 |
| 11/20/02 | Telecon re: my acting as a rebuttal witness | 0.50 | 0 |
| 11/20/02 | Fed Ex copy of Learning About Lifts to M Seiger | 0.25 | 16.00 |
| 11/26/02 | Telecon w/ M Seiger & Fed Ex Guide to Lift Ops to him | 0.25 | 16.00 |
| 12/02-06/02 | Travel to Bridgeport, & Hartford CT. Assist with trial | 16.0 | 462.20 |
| 12/09/02 | Work completed – invoice amounts | 17.75 | $496.20 |
| | Work completed to date .......................... Totals: | 17.85 hours | $496.20 |

Notes:

Rate: $130 per hour; 8 hour minimum when on-site or at deposition or trial

## Mountain Management Services, LLC Expense Report

| Name | Phone No. | Reason for Expenditures | Report Period | Page 1 of 1 |
|---|---|---|---|---|
| P. Chris Stoddard | 651-635-9819 | Testify Okemo Mountain | From 12/04/2002 to 12/06/2002 | |

### Expenses

| Date | Client | Airfare | Auto | Taxi | Hotel | Breakfast | Lunch | Dinner | Bus. Meals | Phone | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/04/2002 | Mark Seiger | 224.26 | 98.25 | | | | | | | | 8.50 | 331.01 |
| 12/05/2002 | Mark Seiger | | | | | | | | | | 7.05 | 7.05 |
| 12/06/2002 | Mark Seiger | | 13.00 | | | | | | 15.00 | | 96.14 | 124.14 |
| Total | | 224.26 | 111.25 | | | | | | 15.00 | | 111.69 | 462.20 |

### Meals and Entertainment Detail

| Date | Place | People/Relationship | Business Purpose | Amount |
|---|---|---|---|---|
| 12/06/2002 | Various | Self | Legal work | 15.00 |

### Mileage Log

| Date | Description | Miles | Rate | Amount |
|---|---|---|---|---|
| 12/06/2002 | Office - airport - return to Office - airport - return | 40 | 0.325 | 13.00 |

### *Other Expenses

| Date | Expense | Description | Amount |
|---|---|---|---|
| 12/04/2002 | Car Rental | Shared car rental cost. | 98.25 |
| 12/04/2002 | Airfare | Shared airfare cost. | 224.26 |
| 12/04/2002 | Parking | Parking for Okemo trial at Bridgeport CT courthouse | 8.50 |
| 12/05/2002 | Gas | Shared gas cost. | 7.05 |
| 12/06/2002 | Hotel | Shared hotel cost. | 66.84 |
| 12/06/2002 | Parking | Shared hotel parking cost. | 12.00 |
| 12/06/2002 | Parking | Shared Airport Parking cost. | 17.50 |
| | | Total | 462.20 |

### Allocation of Expenses

| Client | Amount |
|---|---|
| 1. Mark Seiger | 462.20 |

Total Expenses: 462.20
Less Company Paid:
Less Co. Paid Personal:
Less Cash Advance:
Due Company:
Due Employee: 462.20

I certify the above expenses were incurred on behalf of the company.

Employee Signature    Date 12/9/02

Printed by Quicken Expensable™

flightservices@yahoo.com

```
CUSTOMER ITINERARY AND RECEIPT
----------------------------------------

Confirmation: FJCTXE

Ticket Number(s):
3662127454476-77
----------------------------------------
Flight Number:  662
Flight Date: DEC-02-2002     1021AM - 1149AM
Departs: MINNEAPOLIS/ST PAUL
Arrives: CHICAGO (Midway)
Seats: 30A
----------------------------------------
Flight Number:  218
Flight Date: DEC-02-2002     1229PM -  330PM
Departs: CHICAGO (Midway)
Arrives: NEW YORK (LGA)
Seats: 4E
----------------------------------------
Flight Number:  279
Flight Date: DEC-06-2002      609PM -  735PM
Departs: NEWARK
Arrives: CHICAGO (Midway)
Seats: 31C
----------------------------------------
Flight Number:  669
Flight Date: DEC-06-2002     1037PM - 1158PM
Departs: CHICAGO (Midway)
Arrives: MINNEAPOLIS/ST PAUL
Seats: 19D
----------------------------------------

Passengers
----------
STODDARD/PAUL


Fare           Tax              Total
-------        ------           ------
384.18         64.32            448.50




----------------------------------------
IMPORTANT CUSTOMER INFORMATION - CONDITIONS OF CONTRACT

Fares are non-refundable and non-transferable. Government-issued ph
I.D. required for flight check-in. A service charge of 50 USD will
assessed for itinerary changes with or without a ticket reissue, in
addition to a possible fare difference. ATA scheduled service ticke
valid for one year from the date of purchase. Name changes on a
purchased ticket are not allowed. Codeshare flights (marked by a *
```



**HARTFORD DOWNTOWN**
50 Morgan Street
Hartford, CT 06120
860-549-2400
www.bdl-downtown.crowneplaza.com

Name & Address

P   STODDARD
1313 KARTH LAKE CIR

ARDEN-HILLS    MN   55112

CHECKED-IN BY:   HOS   AT:06:52
CHECKED-OUT BY:        AT:

| Room | 609-11 |
|---|---|
| Arrive Date | 12/05/02 |
| Dept. Date | 12/06/02 |
| Folio # | VIEW |
| Room Rate | 119.00 |
| Account | 2-CBANK |
| Mkt/Seg | Q-TRAN |

Page 1

Owned by PelCor Assot Co., LLC and operated by Bristol Management, L.P.

I authorize you to bill the balance of my account to my credit card which was presented upon registration.

SIGNATURE   P.C.S.

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part of the full amount of such charges.

X
SIGNATURE

| DATE | CODE | REFERENCE | ID | DESCRIPTION | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 1205 | 111 | 1205000 | CRA | GUEST ROOM | 119.00$ | .00$ | 119.00$ |
| 1205 | 811 | 1205001 | CRA | ROOM TAX | 14.28$ | .00$ | 133.28$ |

```
SALES RECEIPT

SHEERAZI MINIMART
454 NORTH ELM ST.
TORRINGTON         , CT

DATE       12/05/02
TIME        6:03 PM
AUTH #      069986

VISA
  ACCOUNT NUMBER
7977
STODDARD/PAUL C

PUMP    PRODUCT    PRIC
 02       REG      $1.47

  GALLONS       TOTAL
   9.534        $14.10

      THANK YOU
   HAVE A NICE DAY
```



Parking Ltd.

Ticket #
Time & Date   12-4-02
Location      Sqrd
Amount        $ 8.50
Signature     M.L.

Thank you for your patronage.

```
NATIONAL CAR RENTAL

RA 403563495           Inv 5832491
Rental  04-DEC-2002 08:01 AM
MANHATTAN - E. 31ST STREET
Return  06-DEC-2002 10:14 AM
NEWARK ARPT

PAUL STODDARD
Vehicle # 31017348
Model       LANCER ES
Class Driven ICAR   Class Charged ICAR
License# MCC60C        State/Province NJ
M/Kms Driven  471
M/Kms Out    4431
M/Kms In     4902

Charges          No Unit  Price   Amount
T & M            2 Days   54.99  109.98*
EXT & M          1 Days   64.99   64.99*
UNLIM M/KM     @ M/Kms             0.00*
DSCNT T&M 15.00%                 -26.25*
FSO              1 Rental 24.79   24.79*
SALES TAX @13.250 %                22.99

Total Charges                 USD 196.50

Paid By    Visa 7977          -196.50

Amount Due                    USD 0.00

* Taxable Items
  Subject to Audit
```

T 20:52  LA 1 AM 7  Txt#125251
       09:27 In 12/06/02 20:31 Out

         65.00
         65.00
          5.00-
         25.00-
         33.00-
          0.00

