RECEIVED DEC 17



# OKEMO
MOUNTAIN RESORT

## TRAVEL/EXPENSE REPORT

Name: Bruce Schmidt   Department: 980

| Date | Restaurant Amount | Hotel Amount | Miles | Rate | Total $ | Other (describe) | Total Expense |
|---|---|---|---|---|---|---|---|
| 12/9/02 | | | | .35/mile | | Parking | 8.50 |
| 12/10/02 | | | | | | Parking | 8.50 |
| 12/8/02 | 8.50 | | | | | Lunch | |
| | 14.16 | | | | | Lunch | 14.16 |
| | 13.73 | | | | | Food | 13.73 |
| | | | | | | Fuel | 19.57 |
| | | | | | | Fuel | 28.69 |
| | 6.08 | | | | | Food | 6.08 |
| TOTALS: | | | | | | | 99.23 |

Purpose of Trip: Sacramore Trial

Cash Advanced $ _____
Check __ Cash __

Signature: _____

Less Expenses $( _____ )

Department Approval: _____

Bal. Due/Ret. $ _____

Management Approval: _____

### ~ Accounting Department Only ~

Cash Due Employee $ _____   Petty Cash __ Check __  Check # _____  Date _____

Balance Returned $ _____   Date _____   Verified By _____

Distribution:   Travel & Entertainment Account # ~~8534~~   Amt. $ _____
Business Meals Account # ~~8532~~   Amt. $ _____
Other Acct. # 1.1280   Amt. $ _____
Travel Advance Account # 1.1780   Amt. $ _____
Total   $ _____

**SEE REVERSE FOR TRAVEL EXPENSE GUIDELINES** →



Parking Ltd.

Ticket # 

Time & Date 12-10-02

Location SCIND

Amount $8.50

Signature M.J.

Thank you for your patronage.

```
Cromwell Mobil
123 Burline Road
Cromwell CT

Sale
#XXX XXX X71 91
Auth. # 12
Inv. # NK59220
1447275
Date 12/09/02
WAYNE LUTSKY
CROMWELL CT
Pump # 7 DIESEL
Gallons ....  17.718
Price/Gal ..$  1.619
Fuel Sale ..$ 28.69

   THANK YOU FOR
   CHOOSING MOBIL
```

```
Cromwell Mobil
123 Burline Road
Cromwell CT

Sale
#XXX XXX X35 60
Auth. # 71
Inv. # NK52116
1447275
Date 12/09/02
WAYNE LUTSKY
CROMWELL CT
Pump # 6 RegularBlen
Gallons ....  12.555
Price/Gal ..$  1.559
Fuel Sale ..$ 19.57


    THANK YOU FOR
    CHOOSING MOBIL
```

*Lunch 12/9/02*
*Sacramone case*

**YOUR RECEIPT**
**THANK YOU**

12.06.02

```
7    2.95
7    2.95
7    2.35
3    0.71 T
3    0.71 T
3    0.71 T
7    0.05
3    0.71 T
5    0.90 T
1    0.52 T
1    0.52 T
7    0.05
3    0.71 T
        13   Q
             0.32
         14.16
13:35*01
10.833
```

**LAZ Parking Ltd.**

Ticket # _____
Time & Date  12-9-02
Location  SCINTO
Amount  $ 8.50
Signature  M.T.

*Thank you for your patronage.*

*Dinner 12/9*
*Sacramone Case*

```
DATE  62350955151   TIME
12/09/02 000000000  19:34

FRIENDLY RESTAURANT #755
    48 BERLIN ROAD
     CROMWELL, CT

TRAN #               AUTH
 096                  86
        PRE-AUTH

ACCT. NUMBER         EXP
5474975600001692    0803

TICKET #  SV0#  CHG TYPE
   41     41      R

FOOD/BEV $ _____ 11.73

   TIP $ _____ 2.00

  TOTAL $ _____ 13.73

X_____
 SIGNATURE
           BRUCE SCHMIDT
    HAVE A FRIENDLY DAY

  TOP COPY-MERCHANT
  BOTTOM COPY-CUSTOMER
```

```
       BURGER KING
       RIVERDALE ST.
         737-1343

     ORD# 140
IN
1    DWHOP/CH       3.39
1    LG FRY         1.79
1    LG SPRTE       1.49
1    DWCCMDS         .88-
     SBTL           5.79
     TAX             .29
     ----------------------
     TOTL           6.08
     ----------------------
                   7.00 CASH
     CHNG           .92 CASH

DEC 10, 2002    19:31
CASHIER         1 D 1
E#312040 S#2987 T# 1
        THANK  YOU!
```



## OKEMO
### MOUNTAIN RESORT

### TRAVEL/EXPENSE REPORT

Name: Bruce Schmidt        Department: 980

| Date | Restaurant Amount | Hotel Amount | Miles | Rate | Total $ | Other (describe) | Total Expense |
|---|---|---|---|---|---|---|---|
| 12/5/02 | | | | .35/mile | | Parking | 5.25 |
| 12/6/02 | | | | | | Parking | 8.50 |
| 12/3/02 | 5.86 | | | | | Breakfast | 5.86 |
| 12/5/02 | 6.66 | | | | | Lunch | 6.66 |
| 12/6/02 | | | | | | Fuel | 17.63 |
| 12/6/02 | | | | | | Parking | 24.25 |
| | | | | | | | |
| **TOTALS:** | 12.52 | | | | | | 68.15 |

Purpose of Trip: Sacramone case

Cash Advanced     $ _____
Check __ Cash __

Less Expenses    $(_____)

Bal. Due/Ret.    $ 68.15

Signature: Bruce Sch

Department Approval: _____

Management Approval: _____

### ~ Accounting Department Only ~

Cash Due Employee  $ 68.15      Petty Cash __
                                Check __  Check # _____  Date _____

Balance Returned $ _____     Date _____     Verified By _____

Distribution:
Travel & Entertainment Account # .8534    Amt. $ 55.63
Business Meals Account # .8532            Amt. $ 12.52
Other Acct. # _____                  Amt. $ _____
Travel Advance Account # 1.1780           Amt. $ _____
Total                                     $ 68.15

**SEE REVERSE FOR TRAVEL EXPENSE GUIDELINES** →



Breakfast 12/3/02 Sacramone case

Lunch 12/5/01 Sacramone case

BURGER KING STORE
1 DB-WHCH-CHS
1 DIET-COKE
1 5-PC-TEND
1 GTR

Fuel for truck Sacramone case

MARKET ST. CITGO
410 MARKET ST.
HARTFORD, CT 06120
TOTAL 17.63

12/6/02 Parking Sacramone case

Parking Sacramone case

WRIGHT FINANCIAL
BRIDGEPORT CT
LAZ PARKING
12/05/02 13:01
12/05/02 09:55
FEE01 $5.25
TOTAL $5.25
CASH TEND $5.25
CHANGE $0.00
CASH PAID $5.25
THANK YOU!

Sacramone case
LAZ Parking Ltd.
Ticket #
Time & Date 12-6-02
Location Sci870
Amount $8.50
Signature M.I.
Thank you for your patronage.



# OKEMO
## MOUNTAIN RESORT

### TRAVEL/EXPENSE REPORT

Name: Bruce Schmidt / Mary Hoyne   Department: 980

| Date | Restaurant Amount | Hotel Amount | Miles | Rate .35/mile | Total $ | Other (describe) | Total Expense |
|---|---|---|---|---|---|---|---|
| 12/9/02 | mileage allowed | | 226 | .35 | 79.10 | MARY HOYNE / RICH CARIDDI | 79.10 |
| 12/3/02 | | | 113 | .35 | 39.55 | BRUCE SCHMIDT | 39.55 |
| 12/6/02 | | | 113 | .35 | 39.55 | BRUCE SCHMIDT | 39.55 |
| 12/8/02 | | | 113 | .35 | 39.55 | BRUCE SCHMIDT | 39.55 |
| 12/9/02 | | | 113 | .35 | 39.55 | BRUCE SCHMIDT | 39.55 |
| 12/5/03 | mileage Hotel + rpt | | 96 | .35 | 33.60 | Bruce Schmidt | 33.60 |
| 12/6/02 | " | " | 96 | .35 | 33.60 | Bruce Schmidt | 33.60 |
| TOTALS: | | | | | | | 304.50 |

Purpose of Trip: Sacramone Trial

| | | | |
|---|---|---|---|
| Cash Advanced Check __ Cash __ | $ _____ | Signature: Bruce Schmidt | |
| Less Expenses | $( _____ ) | Department Approval: Bruce Schmidt | |
| Bal. Due/Ret. | $ _____ | Management Approval: Bruce Schmidt | |

~ Accounting Department Only ~

Cash Due Employee  $ _____    Petty Cash __  Check __  Check # _____  Date _____

Balance Returned $ _____   Date _____   Verified By _____

Distribution:
Travel & Entertainment Account # .8534    Amt. $ _____
Business Meals Account # .8532    Amt. $ _____
Other Acct. # _____    Amt. $ _____
Travel Advance Account # 1.1780    Amt. $ _____
Total    $ _____

**SEE REVERSE FOR TRAVEL EXPENSE GUIDELINES** →

To Card

**HARTFORD DOWNTOWN**
50 Morgan Street
Hartford, CT 06120
860-549-2400
www.bdl-downtown.crowneplaza.com

Name & Address

BRUCE    SCHMIDT
XX
42A POND ST

LUDLOW            VT  05149

| | |
|---|---|
| Room | 606-11 |
| Arrive Date | 12/03/02 |
| Dept. Date | 12/06/02 |
| Folio # | 0 |
| Room Rate | 74.98 |
| Account | 2-CBANK |
| Mkt/Seg | 4-AST |

Page

Owned by FelCor Asset Co., LLC and operated by Bristol Management, L.P.

I authorize you to bill the full balance of my account to my credit card which was presented upon registration.

SIGNATURE **Rapid Check-Out**[SM]

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of such charges.

X
SIGNATURE

| DATE | CODE | REFERENCE | ID | DESCRIPTION | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 0000 | 991 | AMEX | AWF | ADVANCE DEPOSIT | .00$ | 251.94$ | -251.94$ |
| 1203 | 114 | 1203000 | JAM | DISCOUNT | 74.98$ | .00$ | -176.96$ |
| 1203 | 811 | 1203001 | JAM | ROOM TAX | 9.00$ | .00$ | -167.96$ |
| 1204 | 412 | 85 | XXX | 888-228-2852 | 1.00$ | .00$ | -166.96$ |
| 1204 | 283 | 3322 | 221 | RM SVC-DINNER | 18.17$ | .00$ | -148.79$ |
| 1204 | 114 | 1204000 | CRA | DISCOUNT | 74.98$ | .00$ | -73.81$ |
| 1204 | 811 | 1204001 | CRA | ROOM TAX | 9.00$ | .00$ | -64.81$ |
| 1205 | 641 | 1205000 | AWF | PARKING | 12.00$ | .00$ | -52.81$ |
| 1205 | 412 | 98 | XXX | 888-228-2852 | 1.00$ | .00$ | -51.81$ |
| 1205 | 412 | 132 | XXX | 888-228- | 1.00$ | .00$ | -50.81$ |
| 1205 | 412 | 148 | XXX | | 1.00$ | .00$ | -49.81$ |
| 1205 | 114 | 1205001 | CRA | | | .00$ | 25.17$ |
| 1205 | 811 | 1205002 | CRA | | | .00$ | 34.17$ |
| 1206 | 914 | 1206000 | MDP | | | 34.17$ | .00$ |

***TOTAL

.00$

| | |
|---|---|
| ACCT. NO. | |
| MC 5474975600001092   0303 | |
| CARD MEMBER NAME | |
| SCHMIDT | |
| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD ISSUER FOR PAYMENT |
| CROWNE PLAZA HARTFORD DOWNTOWN | |
| 50 MORGAN STREET | |
| HARTFORD, CT 06120 | |
| CARD MEMBER'S SIGNATURE | |
| X | |

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| 12/06/02 | CR-502355-1/ |
| AUTHORIZATION | I.D. |
| 093932 | 79.00$  MDP |
| | .00$ |
| | .00$ |
| PURCHASES & SERVICES | 34.17$ |
| TOTAL AMOUNT | 34.17$ |

*These charges were made to Bruce's Corp card & needs to be reimbursed to Chemo*

**HARTFORD DOWNTOWN**
50 Morgan Street
Hartford, CT 06120
860-549-2400
www.bdl-downtown.crowneplaza.com

| | |
|---|---|
| Room | 1403-11 |
| Arrive Date | 12/08/02 |
| Dept. Date | 12/10/02 |
| Folio # | 0 |
| Room Rate | 74.98 |
| Account | 2-CBANK |
| Mkt/Seg | 4-ACT |

Name & Address

BRUCE   SCHMIDT
42 A POND ST
XX

LUDLOW           VT   05149

Owned by FelCor Asset Co., LLC and operated by Bristol Management

I authorize you to bill the full balance of my account to my credit card which was presented upon

**Rapid Check-Out℠**

SIGNATURE

The management is not responsible for any valuables not secured in safety deposit box at the front office. I agree that my liability for the charges is not waived and agree to be held liable in the event that the indicated person, company or association fails to pay for any full amount of such charges.

X
SIGNATURE

| DATE | CODE | REFERENCE | ID | DESCRIPTION | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 1208 | 641 | 1208000 | AGS | PARKING | 24.00$ | .00$ | 24.00$ |
| 1208 | 114 | 1208002 | CRA | DISCOUNT | 74.98$ | .00$ | 98.98$ |
| 1208 | 811 | 1208003 | CRA | ROOM TAX | 9.00$ | .00$ | 107.98$ |
| 1209 | 211 | 1273 | ZZ1 | BBG BRKFST | 48.19$ | .00$ | 156.17$ |
| 1209 | 411 | 74 | XXX | 983-8194 L | 1.00$ | .00$ | 157.17$ |
| 1209 | 411 | 75 | XXX | 541-7745 L | 1.00$ | .00$ | 158.17$ |
| 1209 | 411 | 78 | XXX | 983-8194 L | 1.00$ | .00$ | 159.17$ |
| 1209 | 411 | 83 | XXX | 983-8194 L | 1.00$ | .00$ | 160.17$ |
| 1209 | 411 | 89 | XXX | 983-8194 L | 1.00$ | .00$ | 161.17$ |
| 1209 | 411 | 90 | XXX | 541-  | | .00$ | 162.17$ |
| 1209 | 412 | 159 | XXX | 8  | | .00$ | 163.17$ |
| 1209 | 114 | 1209000 | JAM | | | .00$ | 238.15$ |
| 1209 | 811 | 1209001 | JAM | | | .00$ | 247.15$ |
| 1210 | 211 | 1325 | ZZ1 | | | .00$ | 257.70$ |
| 1210 | 914 | 1210000 | MDP | MASTER | | -257.70$ | .00$ |

***TOTAL***                                                                    .00$

| ACCT. NO. | | DATE OF CHARGE | FOLIO NO./CHEC |
|---|---|---|---|
| MC 5474975600001092   0803 | | 12/10/02 | CR-503334-1 |
| CARD MEMBER NAME | | AUTHORIZATION | |
| SCHMIDT | | 004858 | 220.00$ |
| ESTABLISHMENT NO. & LOCATION | | 034099 | 91.00$ |
| | | | .00$ |
| CROWNE PLAZA HARTFORD DO | | | |
| 0 MORGAN STREET | | PURCHASES & SERVICES | |
| HARTFORD, CT 06120 | | | 257.7 |
| CARD MEMBER'S SIGNATURE | | TOTAL AMOUNT | |
| X _signature_ | | | 257.7 |