# INVOICE

## CARRICK ENGINEERING CORP.
P.O. BOX 709
STRASBURG, CO 80136-0709

PHONE: 303-622-9607                    FAX:    303-622-9688
FED TAX NO.  84-1422195

DATE: May 1, 2002

CLIENT:

Mr. Andrew Groher
RISCASSI AND DAVIS, P.C.
P.O. Box 261557
131 Oak St.
Hartford, CT  06126-1557

OUR JOB NUMBER:   1452            INVOICE NUMBER: 2

JOB LOCATION/DESCRIPTION:  Sacramone v. Okemo Mountain Inc.

TERMS:        NET 10

RECEIVED
MAY 1 6 2002
EDWARDS & ANGELL

FOR PROFESSIONAL SERVICES:

| | | |
|---|---|---|
| 4/22/02 Travel (9-1/2) hrs. @ 150.00 an hr. | | $ 1,425.00 |
| Review (1) hr. @ 150.00 an hr. | | $   150.00 |
| | | |
| 4/23/02 Deposition (4-1/4) hrs. @ 150.00 an hr. | | $   637.50 |
| Meeting (1) hr. @ 150.00 an hr. | | $   150.00 |
| Travel (10-1/4) hrs. @ 150.00 an hr. | | $ 1,537.50 |

EXPENSES:
| | | |
|---|---|---|
| Airfare | $1,073.00 | |
| Hotel | $  195.00 | |
| Lunch 4/24/02 | $   13.00 | |
| Airport Parking | $   13.00 | |
| Mileage 48 miles @.34 | $   16.32 ✓ | |
| Tips | $    6.00 | |
| Taxi (Hartford) | $   28.00 | |
| TOTAL EXPENSES: | | $1,344.32 |

TOTAL CURRENT DUE:                               $5,244.32