# Robson Lapina

Forensic Engineers, Architects, Scientists & Fire Investigators

Please remit payment
to our Corporate Office
with Reference Number:

**01NE029-3**

ROBSON LAPINA, INC.
350 NEW HOLLAND AVE.
LANCASTER, PA 17602
(717) 293-9050
(800) 813-6736
FAX: (717) 293-1195

May 8, 2002

Andrew Groher, Esquire
RisCassi & Davis, PC
P.O. Box 261557, 131 Oak St.
Hartford, CT  06126-1557

Re: Sacramone

   01NE029-3

---

INVOICE FOR PROFESSIONAL SERVICES:                    04/30/02 through 05/07/02

                          Helge Lien, P.E.

Meeting with attorney in Lancaster; prepare for deposition; deposition
and travel (Hartford, CT).

| | |
|---|---:|
| 20.50  Hours @ $275.00 | 5,637.50 |
| Lodging | 62.72 |
| Toll | 3.00 |
| Mileage | 202.58 |

                                        TOTAL INVOICE:        $5,905.80

              Tax Identification  Number 23-2776905

        TERMS - PAYABLE IN FULL UPON RECEIPT.
  A FINANCE CHARGE WILL BE DUE AT THE PERIODIC MONTHLY RATE OF 1-1/2%
              (18% ANNUALLY) ON ALL PAST DUE PAYMENTS.

       *Note: Our billing rate is periodically subject to change.*



---

# Robson Lapina
Forensic Engineers, Architects, Scientists & Fire Investigators

HOURS BILLED

05/08/02        01NE029-3

| Date | Assoc. | Time | Description of Tasks |
|------|--------|------|----------------------|
| 04/30/02 | HL | 2:30 | Meeting in Lancaster. |
| 05/05/02 | HL | 3:00 | Prepare for deposition. |
| 05/06/02 | HL | 4:00 | Travel to Danbury – Hartford. |
| 05/07/02 | HL | 5:00 | Deposition. |
|          | HL | 6:00 | Travel. |
|          |    | 20:30 | Total Hours/Minutes |
|          |    | 20.50 | Total Hours Billed |