UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA SACRAMONE : | |
| : | |
| Plaintiff : | |
| V. : | CIVIL ACTION NO. |
| : | 3:00CV1454 (HBF) |
| OKEMO MOUNTAIN, INC. : | |
| d/b/a Okemo Mountain Resort : | |
| : | |
| Defendant : | SEPTEMBER 9, 2004 |

## DEFENDANT'S REPLY IN SUPPORT OF RENEWAL, IN-PART, OF BILL OF COSTS

Pursuant to Local Rule 54(d) of the Federal Rules of Civil Procedure, Defendant, Okemo Mountain, Inc. ("Defendant" or "Okemo"), has submitted a Renewal, In Part, of its Bill of Costs, dated September 2, 2004 (the "Renewal"). The Renewal provides information to the Court to further substantiate reimbursement of Defendant's Bill of Costs. The Renewal was submitted in response to the Court's Ruling on Bill of Costs, dated August 19, 2004 (the "Ruling").

Plaintiff has filed a Renewed Objection to the Bill of Costs. In support of its Renewed Objection, Plaintiff contends that the Renewal was not filed in a timely manner. Plaintiff is incorrect. The Renewal was timely.

The Court's ruling on Defendant's Bill of Costs invited Defendant to renew certain aspects of its Bill of Costs within 10 days of the ruling. Pursuant to *Fed.R.Civ.P.* 6(a), the Defendant had until September 2, 2004, to file its Renewal. According to Rule 6(a), when a period of time prescribed by the court is less than 11 days, intermediate Saturdays and Sundays are excluded in the time

computation. *See* Rule 6(a). In other words, only business days are counted in such an instance. Following this rule, Defendant's Renewal, dated and filed on September 2nd, was timely.

As for the remainder of Plaintiff's Objection, Defendant will rely upon the papers previously submitted to this court regarding this subject.

WHEREFORE, Defendant respectfully requests that the Court reconsider its ruling on the Bill of Costs, awarding additional costs, as set forth in the Renewal.

          THE DEFENDANT
          OKEMO MOUNTAIN, INC.

By: _____
   Mark B. Seiger (ct 05580)
   mseiger@edwardsangell.com
   Charles F. Gfeller (ct 18119)
   cgfeller@edwardsangell.com
   Edwards & Angell, LLP
   90 State House Square, 9th Floor
   Hartford, CT 06103
   (860) 525-5065
   (860) 527-4198 *facsimile*

## **CERTIFICATION**

  This is to certify that on this 9th day of September, 2004, a copy of the foregoing was sent, via first-class mail, postage prepaid, to:

Andrew S. Groher
William R. Davis
RisCassi and Davis, P.C.
131 Oak Street
P.O. Box 261557
Hartford, CT 06126-1557

_____
Charles F. Gfeller
